IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| , <br> In Re Jacob DanIal <br> . | ) <br> ) Case No.  19: 01271 <br> ) <br> ) <br> )   WITHDRAWAL OF PETITION; <br> )   DEBTOR'S DISMISSAL OF <br> )   THE CASE WITHOUT <br> )    PREJUDICE <br> ) <br> ) |

COMES NOW, the Debtor by and through his undersigned attorney  and at the

Request of Mr. Danial hereby dismisses the instant case without prejudice.

Original filed by Efiling

                                              _/s/Mark A. Critelli_____
                                              Critelli Law Firm PC
                                              AT00001868
                                              Critelli Law Frim
                                              P.C. 2924 104th
                                              Urbandale, Iowa 50322
                                              (515) 255-8750
                                              (515) 255-0906 (fax)
                                              mark@critellilawfirm.com
                                        ATTORNEY FOR  DEBTOR DANIAL

Dismissal